# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTIA LELAIND,<br><br>  Plaintiff,<br><br> vs.<br><br>WSP USA, INC., a New York corporation; and DOES 1 through 100, Inclusive,<br><br>  Defendants. | Case No.: CV 19-7692-DMG (Ex)<br><br>**ORDER RE DISMISSAL OF ACTION [14]** |

Based upon the parties' stipulation and good cause appearing,

IT IS ORDERED that:

1. The above-captioned action is dismissed in its entirety with prejudice.
2. The parties will bear their own attorneys' fees and court costs pertaining to this action.
3. All scheduled dates and deadlines are VACATED.

**IT IS SO ORDERED.**

DATED: January 21, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1